**Edgar Paul McCORD, Appellant v. STATE of Texas, Appellee.**

No. 25304.

Court of Criminal Appeals of Texas.

May 16, 1951.

No attorney on appeal, for appellant.

A. C. Winborn, Criminal Dist. Atty., Ben S. Morris, Asst. Crim. Dist. Atty., Houston, George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for negligent homicide of the first degree; the penalty assessed is confinement in the county jail for a term of one year.

Since perfecting his appeal, appellant has filed a written motion, duly verified, requesting the dismissal thereof. The motion is granted and the appeal is dismissed.